# EXHIBIT A



CIVIL COURT OF THE STATE OF NEW YORK
QUEENS COUNTY
----------------------------------------------------------------X

NATASHA BERAN,

                        Plaintiff,

           -against-

EQUIFAX,

                       Defendant.

----------------------------------------------------------------X

Index No.: **29447**
CV-029447-24/QU

SUMMONS

Basis of Venue:
Plaintiff's Residence

Plaintiff's Address:
14602 116th Ave.
Jamaica, NY 11436

**TO THE ABOVE-NAMED DEFENDANT:**

YOU ARE HEREBY SUMMONED to appear in the Civil Court of New York, County of Queens, at the office of said court at 89-17 Sutphin Blvd, Jamaica, NY, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk. Upon your failure to answer, judgment will be taken against you for the sum demanded in the complaint, with interest and costs.

Dated: December 4, 2024
      New York, New York

Sincerely,

*[signature]*

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727

COPY
ORIGINAL BEING
RECEIVED AND FILED
ON   DEC 0 4 2024
CIVIL COURT
QUEENS COUNTY

TO:    EQUIFAX
       2 Sun Court, Suite 400
       Peachtree Corners, GA 30092

NOTE : The law provides that : (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside of the City of New York, or by publication, or by any means other than personal delivery to you with the City of New York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

CIVIL COURT OF THE STATE OF NEW YORK
QUEENS COUNTY
-------------------------------------------------------------- X

NATASHA BERAN,

                            Plaintiff,

        -against-

EQUIFAX,

                          Defendant.

---------------------------    -------------------- -- -------------X

Index No.: CV-029447-24/QU

**COMPLAINT**

       Plaintiff NATASHA BERAN, ("Plaintiff"), by and through her attorneys, Bustos &

Associates, P.C., as and for her Complaint against the Defendant EQUIFAX ("Defendant"),

respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

       1.      Plaintiff brings this action on his own behalf for damages and declaratory and

injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended,* of

Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act

("FCRA").

## PARTIES

       2.      Plaintiff NATASHA BERAN, is a resident of the State of New York, residing in

Queens.

       3       Defendant EQUIFAX is a Georgia corporation and has a place of business in

Atlanta, GA.

       4.      The Defendant is regularly engaged in the business of assembling, evaluating, and

disbursing information concerning consumers for the purpose of furnishing consumer reports, as

defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201.   The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.      Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.      The Plaintiff obtained a copy of her credit report on June 3rd, 2024 and noticed several accounts reporting with inaccurate information. Based on this information the Plaintiff wrote a dispute letter dated June 3rd, 2024 and sent certified mail.

9. The dispute letter stated:

**Dear Equifax**

**Regarding the following accounts:**

- **MACYS/CBNA ACCT#: 603534XXXXX**

- **WF/ BOBS FN ACCT#: 577442XXXXXXX**

- **TD BANK NA ACCT#: 483950XXXXXX**

- **GM FINANCIAL ACCT#: 456988XXXXXX**

- **FREEDOM MORTGAGE CORP ACCT#: 125360XXXXXXX**

- **HOMEBRIDGE FINANCIAL ACCT#: 11XXXXXXX**

- **HOMEBRIDGE FINANCIAL ACCT#: 300008XXXXX**

**● TRANSWORLD SYSTEMS INC ACCT#: 175142XXXX**

To whom this may concern, my name is Natasha Beran, date of birth 5/7/1975,

social security 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 for my verification. I am writing this dispute to rectify and clarify my credit report as it has not been investigated even though I have sent in multiple disputes within certified mail for tracking. I'm in shock that my credit is so poor after all of my attempts to fix it. With my understanding that is a clear violation and I plan to take legal action accordingly. Please do your due diligence and implement a proper investigation on my behalf. Just in case my ID is enclosed. Pursuant to the Fair Credit Reporting Act I will expect you to completethe verification within thirty days.

10. Experian failed to respond.

11. In response the Plaintiff sent a 2nd dispute letter by certified mail dated August 14th, 2024, by certified mail and stated the following:

**Dear Equifax**
**I am writing to dispute the following information that appears on my Experian consumer**
**report.**
**● MACYS/CBNA ACCT#: 603534XXXXXX FOR $368**

**- This report shows that I owed money to the company that I have already repaid; the current status of my account is not correct. The report shows that I am delinquent but I have made all of my payments and should not have a balance.**

**● WF/ BOBS FN ACCT#: 577442XXXXXXXX FOR $3258**

**- This report shows that I owed money to the company that I have already repaid; the current status of my account is not correct. The report shows that I am delinquent but I have**

made all of my payments and should not have a balance.

● GM FINANCIAL ACCT#: 456988XXXXXX FOR LATE REMARKS

- This report shows that I was late on my car payments on
multiple occasions which is not correct; there should not be
any late remarks as I always pay my debt in a timely fashion

● FREEDOM MORTG CORP ACCT#: 125360XX FOR LATE REMARKS

- This report shows that my last payment date was August 24,
2022 which is not accurate.

● HOMEBRIDGE FINANCIAL ACCT#: 11XXXX FOR LATE REMARKS

- This report shows that last payment date was in 12/2018 and
the account was late 1/2019 and 2/2019 which is inaccurate

● HOMEBRIDGE FINANCIAL ACCT#: 300008XX FOR LATE REMARKS

- This report shows that the last payment was on 9/30/2019 and
that the account closed on 04/2021 which is not accurate as
the payment was in 04/2019
● TD BANK NA ACCT#: 483950XXXXXX FOR $2809

- This report shows that I owed money to the company that I
have already repaid; the current status of my account is not
correct. The report shows that I am delinquent but I have
made all of my payments and should not have a balance.

12. The Defendant again failed to respond.

13. The Plaintiff sent a third dispute letter with a request for a consumer

statement to be added, by certified mail dated October 7th, 2024.

The letter stated:


Dear Equifax

Re: delete inaccurate information

My credit report was recently pulled and I realized there are a few errors on my

file. This is the second attempt to correct this inaccurate information. I am

requesting that you review and remove the following accounts as they are incomplete, inaccurate (amount owed to each account), PAST THE STATUTE OF LIMITATION REPORTING PERIOD AS WELL REPORTING INCORRECT WRITE OFF AMOUNTS AND LAST PAYMENT DATES, and or unverifiable.

I REQUESTED THIS ACCOUNT TO BE DELETED FROM MY CREDIT FILE DIRECTLY

FROM THE FURNISHER. IF THIS ACCOUNT IS NOT GOING TO BE DELETED, I AM REQUESTING THE FOLLOWING STATUTORY CONSUMER STATEMENT TO SHOW ON MY CREDIT REPORT. IT SHOULD STATE THE FOLLOWING: "THE ACCOUNTS ARE REPORTING PAST THE STATUTE OF LIMITATION REPORTING PERIOD AS WELL REPORTING INCORRECT WRITE OFF AMOUNTS AND LAST PAYMENT DATES." If this statement is not disclosed on my report, the account needs to be deleted immediately.

THE FOLLOWING ACCOUNTS:

- WF/ BOBS FN ACCT#: 577442XXXXXXX FOR $3258

- FREEDOM MORTG CORP ACCT#: 125360XX FOR LATE REMARKS

- HOMEBRIDGE FINANCIAL ACCT#: 11XXXX FOR LATE REMARKS

- HOMEBRIDGE FINANCIAL ACCT#: 300008XX FOR LATE REMARKS

- TD BANK NA ACCT#: 483950XXXXXX FOR $2809

**PLEASE NOTE** I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES

ELECTRONICALLY. I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL. AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND NOT FROM ANY OTHER

**CREDIT BUREAU(S).**

**I am also requesting a copy of my entire credit file for further reviews. I am requesting that you forward me all documents you have concerning my file, not just my report. Please include all factual data forms, all notices of delinquencies and any other items that my file might contain.**

14.    The Defendant again failed to respond.

15.    The Defendant violated the FCRA by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

16.    The Plaintiff pulled her credit report dated Nov. 27th, 2024, and the Defendant failed to include the consumer statement within the required 30 days, did not mark the accounts as disputed, and did not verify or delete any of the disputed tradelines contained in the three dispute letters. Further, Defendant failed to do a reasonable investigation or deleted the disputed trade lines within the 30 days required.

17.    The Defendant thereby violated the Plaintiff's rights under the FCRA.

## FIRST CAUSE OF ACTION
### (Violations of the FCRA)

18.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "17" herein with the same force and effect as if the same were set forth at length herein.

19.    15 USC §1681i (a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

21.    The Defendant violated 15 USC §1681i(a) by failing to properly investigate the disputed account and respond to the Plaintiff within the required 30 day period and further to delete the account within the required 30 days.

22.    The Defendant violated Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

23.    The Defendant violated the Plaintiff's rights under 15 USC §1681i (a)(8)(b) by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

24. As a result, Defendant violated 15 USC §1681e (b), Plaintiff suffered actual damage, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

25. The violations by the Defendant of 15 USC §1681e (b) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

26. Defendant is liable to the Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

27. Defendant prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

28. Such reports contained information about the Plaintiff that was false, misleading, and inaccurate.

29. The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiffs dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiff's credit files.

30. As a result of the Defendant violations of 15 USC §1681i (a), the Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

31. The violations by the Defendant of 15 USC §1681i (a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15

USC §1681n. In the alternative, the Defendants were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

32.    As a result of the Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

33.    The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

34.    The Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

35.    The Defendant violated the Plaintiff's rights under 15 USC §1681i (a)(8)(b) by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

36.    Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney fees from the Defendant(s) in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

37.    **WHEREFORE**, Plaintiff demands judgment for actual, statutory, and punitive damages against Defendants, jointly and severally; for his attorneys' fees and costs, for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

38.    Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment from the Defendant:

A.    For statutory, actual and punitive damages provided and pursuant to the FCRA,15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2)

B.    For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

C.    A Declaration that the Defendant's practices violated the FCRA and,

D.    For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:    New York, New York
          December 4, 2024

Respectfully submitted,

By: _____
Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727
*Attorneys for the Plaintiff* Netasha Beran

June 3, 2024

Natasha Beran
14602 116th Ave
Jamaica, NY 11436


EQUIFAX
P.O. BOX 105319
ATLANTA, GA 30348

Dear Equifax

Regarding the following accounts:

- MACYS/CBNA ACCT#: 603534XXXXX
- WF/ BOBS FN ACCT#: 577442XXXXXXX
- TD BANK NA ACCT#: 483950XXXXXX
- GM FINANCIAL ACCT#: 456988XXXXXX
- FREEDOM MORTGAGE CORP ACCT#: 125360XXXXXXX
- HOMEBRIDGE FINANCIAL ACCT#: 11XXXXXXX
- HOMEBRIDGE FINANCIAL ACCT#: 300008XXXXX
- TRANSWORLD SYSTEMS INC ACCT#: 175142XXXX

To whom this may concern, my name is Natasha Beran, date of birth 5/7/1975, social security XXXXXXXXX for my verification. I am writing this dispute to rectify and clarify my credit report as it has not been investigated even though I have sent in multiple disputes within certified mail for tracking. I'm in shock that my credit is so poor after all of my attempts to fix it. With my understanding that is a clear violation and I plan to take legal action accordingly. Please do your due diligence and implement a proper investigation on my behalf. Just in case my ID is enclosed. Pursuant to the Fair Credit Reporting Act I will expect you to complete the verification within thirty days.

Federal law requires that you provide mechanisms to ensure that each item on my credit report actually belongs to me. If the above items are inaccurate, misleading, or incomplete, you may have violated federal law. By the provisions of the Fair Credit Reporting Act, I demand that these items be investigated and removed from my report. It is my understanding that you will recheck these items with the creditor who posted them. Please remove any information that the creditor cannot verify. I also understand that under 15 U.S.C. Sec. 1681i(a), you must complete the reinvestigation within 30 days of the receipt of this letter.


Sincerely,

Natasha Beran

August 14, 2024

Natasha Beran
14602 116th Ave
Jamaica, NY 11436

DATE OF BIRTH: 5/7/1975
SSN: XXX-XX-XXXX

EQUIFAX
P.O. BOX 105319
ATLANTA, GA 30348

Dear Equifax

I am writing to dispute the following information that appears on my Experian consumer report.

- MACYS/CBNA ACCT#: 603534XXXXX FOR $368
  - This report shows that I owed money to the company that I have already repaid; the current status of my account is not correct. The report shows that I am delinquent but I have made all of my payments and should not have a balance.
- WF/ BOBS FN ACCT#: 577442XXXXXXXX FOR $3258
  - This report shows that I owed money to the company that I have already repaid; the current status of my account is not correct. The report shows that I am delinquent but I have made all of my payments and should not have a balance.
- GM FINANCIAL ACCT#: 456988XXXXXX FOR LATE REMARKS
  - This report shows that I was late on my car payments on multiple occasions which is not correct; there should not be any late remarks as I always pay my debt in a timely fashion
- FREEDOM MORTG CORP ACCT#: 125360XX FOR LATE REMARKS
  - This report shows that my last payment date was August 24, 2022 which is not accurate.
- HOMEBRIDGE FINANCIAL ACCT#: 11XXXX FOR LATE REMARKS
  - This report shows that last payment date was in 12/2018 and the account was late 1/2019 and 2/2019 which is inaccurate
- HOMEBRIDGE FINANCIAL ACCT#: 300008XX FOR LATE REMARKS
  - This report shows that the last payment was on 9/30/2019 and that the account closed on 04/2021 which is not accurate as the payment was in 04/2019
- TD BANK NA ACCT#: 483950XXXXXX FOR $2809
  - This report shows that I owed money to the company that I have already repaid; the current status of my account is not correct. The report shows that I am delinquent but I have made all of my payments and should not have a balance.

Thank you for your assistance.

Sincerely,

Natasha Beran

October 7, 2024

Natasha Beran
14602 116th Ave
Jamaica, NY 11436

DATE OF BIRTH: 5/7/1975
SSN: XXX-XX-XXXX

EQUIFAX
P.O. BOX 105319
ATLANTA, GA 30348

Dear Equifax

Re: delete inaccurate information

My credit report was recently pulled and I realized there are a few errors on my file. This is the second attempt to correct this inaccurate information. I am requesting that you review and remove the following accounts as they are incomplete, inaccurate (amount owed to each account), PAST THE STATUTE OF LIMITATION REPORTING PERIOD AS WELL REPORTING INCORRECT WRITE OFF AMOUNTS AND LAST PAYMENT DATES, and or unverifiable.
I REQUESTED THIS ACCOUNT TO BE DELETED FROM MY CREDIT FILE DIRECTLY FROM THE FURNISHER. IF THIS ACCOUNT IS NOT GOING TO BE DELETED, I AM REQUESTING THE FOLLOWING STATUTORY CONSUMER STATEMENT TO SHOW ON MY CREDIT REPORT. IT SHOULD STATE THE FOLLOWING: "THE ACCOUNTS ARE REPORTING PAST THE STATUTE OF LIMITATION REPORTING PERIOD AS WELL REPORTING INCORRECT WRITE OFF AMOUNTS AND LAST PAYMENT DATES." If this statement is not disclosed on my report, the account needs to be deleted immediately.

THE FOLLOWING ACCOUNTS:

- WF/ BOBS FN ACCT#: 577442XXXXXXX  FOR $3258
- FREEDOM MORTG CORP ACCT#: 125360XX FOR LATE REMARKS
- HOMEBRIDGE FINANCIAL ACCT#: 11XXXX FOR LATE REMARKS
- HOMEBRIDGE FINANCIAL ACCT#: 300008XX FOR LATE REMARKS
- TD BANK NA ACCT#: 483950XXXXXX FOR $2809

**PLEASE NOTE** I AM OPTING OUT OF RECEIVING CREDIT REPORT RESPONSES ELECTRONICALLY.  I MUST RECEIVE ALL CORRESPONDENCE VIA U.S. MAIL.
AS OF RIGHT NOW, PLEASE DO NOT ADD A FRAUD ALERT TO MY CREDIT FILE UNLESS I SPECIFICALLY REQUEST IT FROM YOU AND NOT FROM ANY OTHER CREDIT BUREAU(S).

I am also requesting a copy of my entire credit file for further reviews. I am requesting that you forward me all documents you have concerning my file, not just my report. Please include all factual data forms, all notices of delinquencies and any other items that my file might contain.

Thank you for your assistance.

Sincerely,

Natasha Beran









View report from

Jun 02, 2024                                                                    ⌄

You are viewing an out-of-date report. This does not reflect your current score.

## NATASHA BERAN

**589**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information


For You


Credit


Cards


Loans


Money

NATASHA BERAN

NATSHA BERAN SANDY

NATASHA BERAN SANDY

SANDY NATASHA BERAN

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

📍 14602 116TH AVE 1
   JAMAICA, NY
   11436

📍 151 BEACH 96TH ST APT 3D
   ROCKAWAY BEACH, NY
   11693

📍 9402 VANDERVEER ST
   QUEENS VILLAGE, NY
   11428

📍 14711 130TH AVE
   JAMAICA, NY
   11436

📍 120 BEACH 26TH ST APT 806
   FAR ROCKAWAY, NY
   11691

Show more
⌄

## Accounts

Here's every account on your Equifax report. Click on the account name for more details.


For You


Credit


Cards


Loans


Money

## Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $27698 |
| Monthly payment | No Info |
| Opened | Jun. 06, 2015 (9 yrs, 5 mos) |
| Term | 74 months |

## Payment History

You've made **90%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | | | | | | | | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ | ✗ | ✗ | ✗ |

✓ Current    ✗ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Jul. 01, 2021 |
| Current Payment Status | Current |
| Worst Payment Status | Current |


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Paid |
| Type | Auto |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| | Closed or paid account/zero balance |
| | Auto |
| Times 30/60/90 days late | 7/1/0 |
| Closed | Jul. 01, 2021 |

**Creditor Information**

GMFINANCIAL
PO BOX 181145
ARLINGTON, TX 76096-1145

(800) 284-2271

CREDIT CARDS

**WELLS FARGO CARD SER**                                    $3,258.00
Reported: May 31, 2024                                        **Closed**

**Overview**

You're currently using **116%** of your account's limit.


For You


Credit


Cards

Loans


Money

Opened                                                     Nov. 13, 2015 (9 yrs)

**Payment History**

You've made **16%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✘ | ✘ | ✘ | ✘ |   |   |   |   |   |   |   |   |
| 2023 | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ |
| 2022 | ◎ | ◎ | ◎ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ |
| 2021 | ✘ | ✘ | ✘ | ✘ | ✘ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |

✔ Current      ✘ Late      ◎ Unknown

Last payment                                               Dec. 01, 2018

Current Payment Status                                     Charge-off

Amount past due                                            $3258

Worst Payment Status                                       Charge-off


For You


Credit


Cards


Loans


Money

Account status

Closed

Type

Charge Account

Responsibility

Individual Account.

Remarks

Consumer disputes after resolution

Charged off account

Account closed by credit grantor

Times 30/60/90 days late

0/0/68

Closed

No Info

**Creditor Information**

WELLS FARGO CARD SER
PO BOX 14517
DES MOINES, IA 50306

(866) 762-4359

## MACYS/CITIBANK, N.A.
Reported: May 31, 2024

$368.00
Closed

### Overview

You're currently using **368%** of your account's limit.

Balance
$368

Credit limit
$100

For You        Credit        Cards        Loans        Money



Opened

Jul. 23, 2015 (9 yrs, 4 mos)

## Payment History

You've made **30%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | | | | | | | | |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✔ Current    ✕ Late    ⊘ Unknown

Last payment                                    Oct. 01, 2017

Current Payment Status                          Charge-off

Amount past due                                 $368

Worst Payment Status                            Charge-off


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| | Charge |
| Times 30/60/90 days late | 1/1/55 |
| Closed | Jun. 01, 2019 |

**Creditor Information**

MACYS/CITIBANK, N.A.
911 DUKE BLVD
MASON, OH 45040

(800) 243-6552

**TD BANK NA**                                    $2,809.00
Reported: May 29, 2024                              **Closed**

**Overview**

You're currently using **97%** of your account's limit.

Balance                                        Credit limit
$2809                                          $2900


For You
Credit
Cards

Loans
Money

Opened                                                          Nov. 18, 2015 (9 yrs)

## Payment History

You've made **21%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✖ | ✖ | ✖ | ✖ |   |   |   |   |   |   |   |   |
| 2023 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2022 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2021 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |

✔ Current      ✖ Late      ◎ Unknown

Last payment                                                    Dec. 01, 2018

Current Payment Status                                          Charge-off

Amount past due                                                 $2809

Worst Payment Status                                            Charge-off




For You        Credit        Cards        Loans        Money

🔔

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| | Credit card |
| Times 30/60/90 days late | 1/1/62 |
| Closed | Mar. 01, 2019 |

**Creditor Information**

TD BANK NA
200 CAROLINA PT PKWY
GREENVILLE, SC 29607

(800) 462-3666

**TD BANK USA/TARGET C**                                        **$0.00**
Reported: Jul. 09, 2017                                          **Closed**

**Overview**

You're currently using **0%** of your account's limit.

Balance                                                 Credit limit
$0                                                      $800

📋              〰️              💳              💰              🖼️
For You         Credit          Cards           Loans           Money

Opened

Dec. 10, 2015 (8 yrs, 11 mos)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ● | ● | ● | ● | ● | ● |   |   |   |   |   |   |
| 2016 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2015 |   |   |   |   |   |   |   |   |   |   |   | ● |

✔ Current      ✖ Late      ● Unknown

Last payment

May 01, 2016

Current Payment Status

Current

Amount past due

$0

Worst Payment Status

Current

## Account Details

Account status

Paid and Closed

Type

Credit Card

Responsibility

Individual Account

Remarks

Closed or paid account/zero balance

Times 30/60/90 days late

0/0/0

Closed

Jul. 01, 2017

For You        Credit        Cards        Loans        Money

7000 TARGET PARKWAY N,
BROOKLYN PARK, MN 55445-4301

**COMENITYBANK/VICTORI**                                    **$0.00**
Reported: Jun. 06, 2020                                    **Closed**

### Overview

You're currently using **0%** of your account's limit.

Balance                                         Credit limit
$0                                              $350

Monthly payment                                 No Info

Opened                                          Jun. 24, 2015 (9 yrs, 5 mos)

### Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ✔ |   |   |   |   |   |   |   |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✔ Current    ✗ Late    ● Unknown


For You


Credit

Cards


Loans

Money

🔔

Amount past due                                               $0

Worst Payment Status                                      Current

**Account Details**

Account status                                      Paid and Closed

Type                                                 Charge Account

Responsibility                                    Individual Account.

Remarks                          Closed or paid account/zero balance
                                  Account closed by credit grantor

Times 30/60/90 days late                                 0/0/0

Closed                                               May 01, 2020

**Creditor Information**

COMENITYBANK/VICTORI
PO BOX 182789
COLUMBUS, OH 43218

**BESTBUY/CBNA**                                            **$0.00**
Reported: Dec. 23, 2019                                    **Closed**

**Overview**

| For You | Credit | Cards | Loans | Money |
|---------|--------|-------|-------|-------|

Monthly payment                                         No Info

Opened                                    Aug. 29, 2017 (7 yrs, 3 mos)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |   |
| 2018 | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| 2017 |   |   |   |   |   |   |   | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

✓ Current   ✗ Late   ⊙ Unknown

| | |
|---|---|
| Last payment | Nov. 01, 2017 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Account closed at consumers request |
| | Closed or paid account/zero balance |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Oct. 01, 2018 |

## Creditor Information


For You


Credit


Cards


Loans


Money

**REAL ESTATE LOANS**

## HOMEBRIDGE FINANCIAL
Reported: Apr. 26, 2024

**$0.00**
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

Balance
$0

Highest Balance
$427121

Monthly payment

No Info

Opened

Mar. 30, 2018 (6 yrs, 8 mos)

Term

30 months

### Payment History

You've made **99%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● | ● | ● |   |   |   |   |   |   |   |   |   |
| 2023 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

⌄

✔ Current     ✗ Late     ◉ Unknown

For You          Credit          Cards          Loans          Money

Worst Payment Status                                120+ Days Late

**Account Details**

Account status                                      TransferSoldPaid

Type                                                FHA Real Estate Mortgage

Responsibility                                      Joint Account

Remarks                                             Fixed rate

                                                    180 Days past due

Times 30/60/90 days late                            1/0/0

Closed                                              Apr. 01, 2021

**Creditor Information**

HOMEBRIDGE FINANCIAL
425 PHILLIPS BLVD
EWING, NJ 08618

(609) 883-3900

**ACCEPTANCE NOW**                                  $0.00
Reported: May 31, 2016                              **Closed**

**Overview**

You have **0%** left to pay on this real estate loan.

For You        Credit        Cards        Loans        Money

Monthly payment

No Info

Opened

Nov. 05, 2015 (9 yrs)

Term

36 months

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | ◉ | ◉ | ◉ | ◉ | | | | | | | | |
| 2015 | | | | | | | | | | | ◉ | ◉ |

✔ Current     ✕ Late     ◉ Unknown

Last payment

May 01, 2016

Current Payment Status

Current

Worst Payment Status

Current

## Account Details

Account status

Paid and Closed

Type

Rental Agreement

Responsibility

Individual Account

Remarks

Closed or paid account/zero balance

Times 30/60/90 days late

0/0/0

Closed

May 01, 2016

For You     Credit     Cards     Loans     Money

**Creditor Information**

ACCEPTANCE NOW
5501 HEADQUARTERS DRIVE
PLANO, TX 75024

(800) 275-2696

**FREEDOM MORTGAGE**                                         **$0.00**
Reported: Apr. 27, 2024                                       **Closed**

**Overview**

You have **0%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $427121 |
| Monthly payment | No Info |
| Opened | Mar. 30, 2018 (6 yrs, 8 mos) |
| Term | 30 months |

**Payment History**

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◎ | ◎ | ◎ | | | | | | | | | |
| 2023 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2022 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |

For You    Credit    Cards    Loans    Money

✔ Current     ✘ Late     ◉ Unknown

| | |
|---|---|
| Last payment | Aug. 01, 2022 |
| Current Payment Status | In Collections |
| Worst Payment Status | In Collections |

**Account Details**

| | |
|---|---|
| Account status | Closed |
| Type | FHA Real Estate Mortgage |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| | Account paid after foreclosure started |
| | Collection account |
| Times 30/60/90 days late | 0/0/14 |
| Closed | Aug. 01, 2022 |

**Creditor Information**

FREEDOM MORTGAGE
11988 EXIT 5 PKWY BLDG #4
FISHERS, IN 46037

(855) 690-5900



For You


Credit



Cards



Loans


Money

### Overview

You have **0%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | |
| $0 | |
| | Highest Balance |
| | $427121 |
| Monthly payment | |
| | No Info |
| Opened | |
| | Mar. 30, 2018 (6 yrs, 8 mos) |
| Term | |
| | 30 months |

### Payment History

You've made **99%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◎ | ◎ | ◎ |   |   |   |   |   |   |   |   |   |
| 2023 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2022 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2021 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |

✔ Current    ✕ Late    ◎ Unknown

| | |
|---|---|
| Last payment | |
| | Dec. 01, 2018 |
| Current Payment Status | |
| | 30-59 Days Late |
| Worst Payment Status | |
| | 30-59 Days Late |

For You    Credit    Cards    Loans    Money




| | |
|---|---|
| Account status | TransferSoldPaid |
| Type | FHA Real Estate Mortgage |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| Times 30/60/90 days late | 1/0/0 |
| Closed | Feb. 01, 2019 |

**Creditor Information**

HOMEBRIDGE FINANCIAL
222 CHASTAIN MEADOWS COURT
KENNESAW, GA 30144

(678) 385-7615

# Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**SYNCB/BGCA**
Inquiry: Dec. 28, 2022

**Music & Records**
(915) 952-2300

Institution Information

For You    Credit    Cards    Loans    Money

(915) 952-2300

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**TRANSWORLD SYSTEMS I**                                                **$1,639.00**
Reported: Apr. 09, 2024                                                  **Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $1639 | $1639 |
| Opened | Jul. 01, 2023 (1 yr, 5 mos) |
| Account status | Open |
| Type | Unpaid |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| Original Creditor Name | VERIZON |
| Closed | No Info |

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

HORSHAM, PA 19044-1208

(877) 433-9990

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Jun. 02, 2024, you have no public records on your report.*

## Suggested for your credit

Suggested cards

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

## Capital One Platinum Credit Card



★★★★½
503 Reviews

 Your chance of approval is **excellent**



| REGULAR PURCHASE APR | ANNUAL FEE |
|---|---|
| 29.99% (Variable) | $0 |

Continue

 For You    Credit    Cards    Loans    Money


For You Credit Cards Loans Money

View report from

Aug 06, 2024                                                                ⌄

You are viewing an out-of-date report. This does not reflect your current score.

## NATASHA BERAN

**589**

Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

 
For You


Credit


Cards


Loans


Money

NATASHA BERAN

NATSHA BERAN SANDY

NATASHA BERAN SANDY

SANDY NATASHA BERAN

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

14602 116TH AVE 1
JAMAICA, NY
11436

151 BEACH 96TH ST APT 3D
ROCKAWAY BEACH, NY
11693

9402 VANDERVEER ST
QUEENS VILLAGE, NY
11428

14711 130TH AVE
JAMAICA, NY
11436

120 BEACH 26TH ST APT 806
FAR ROCKAWAY, NY
11691

Show more

# Accounts

Here's every account on your Equifax report. Click on the account name for more details.

| For You | Credit | Cards | Loans | Money |

## Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $27698 |
| Monthly payment | No Info |
| Opened | Jun. 06, 2015 (9 yrs, 5 mos) |
| Term | 74 months |

## Payment History

You've made **90%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | | | | | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | ✔ | ✘ | ✔ | ✘ | ✘ | ✘ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

⌄

✔ Current     ✘ Late     ◉ Unknown

| | |
|---|---|
| Last payment | Jul. 01, 2021 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

For You     Credit     Cards     Loans     Money

| | |
|---|---|
| Account status | Paid |
| Type | Auto |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| Times 30/60/90 days late | 7/1/0 |
| Closed | Jul. 01, 2021 |

**Creditor Information**

GMFNANCIAL
PO BOX 181145
ARLINGTON, TX 76096-1145

(800) 284-2271

CREDIT CARDS

**WELLS FARGO CARD SER**                           $3,258.00
Reported: Jul. 31, 2024                                 Closed

**Overview**

You're currently using **116%** of your account's limit.

Balance                                           Credit limit
$3258                                             $2800


For You


Credit


Cards


Loans


Money

Opened

Nov. 13, 2015 (9 yrs)

## Payment History

You've made **31%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ◉ | ◉ | ◉ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current     ✕ Late     ◉ Unknown

Last payment

Dec. 01, 2018

Current Payment Status

Charge-off

Amount past due

$3258

Worst Payment Status

Charge-off


For You


Credit

Cards


Loans


Money

Account status

🔔

Closed

Type

Charge Account

Responsibility

Individual Account.

Remarks

Consumer disputes after resolution

Charged off account

Account closed by credit grantor

Times 30/60/90 days late

2/0/54

Closed

No Info

**Creditor Information**

WELLS FARGO CARD SER
PO BOX 14517
DES MOINES, IA 50306

(866) 762-4359

**TD BANK NA**
Reported: Jul. 29, 2024

$2,809.00
**Closed**

**Overview**

You're currently using **97%** of your account's limit.

Balance
$2809

Credit limit
$2900


For You


Credit


Cards

🪙
Loans


Money

Opened                                          Nov. 18, 2015 (9 yrs)

## Payment History

You've made **19%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✔ Current     ✕ Late     ◎ Unknown

Last payment                                    Dec. 01, 2018

Current Payment Status                          Charge-off

Amount past due                                 $2809

Worst Payment Status                            Charge-off


Cards


Loans


Money

For You          Credit

🔔

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/64 |
| Closed | Mar. 01, 2019 |

**Creditor Information**

TD BANK NA
200 CAROLINA PT PKWY
GREENVILLE, SC 29607

(800) 462-3666

## MACYS/CITIBANK, N.A.

Reported: Jul. 31, 2024                     $368.00
                                                   Closed

**Overview**

You're currently using **368%** of your account's limit.

Balance
$368

Credit limit
$100

For You         Credit        Cards         Loans         Money

Opened

Jul. 23, 2015 (9 yrs, 4 mos)

**Payment History**

You've made **27%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✔ Current     ✕ Late     ◉ Unknown

Last payment

Oct. 01, 2017

Current Payment Status

Charge-off

Amount past due

$368

Worst Payment Status

Charge-off


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/57 |
| Closed | Jun. 01, 2019 |

**Creditor Information**

MACYS/CITIBANK, N.A.
911 DUKE BLVD
MASON, OH 45040

(800) 243-6552

**BESTBUY/CBNA**                                    **$0.00**
Reported: Dec. 23, 2019                             **Closed**

**Overview**

You're currently using **0%** of your account's limit.

Balance                                            Credit limit
$0                                                 $500

For You    Credit    Cards    Loans    Money

Opened

Aug. 29, 2017 (7 yrs, 3 mos)

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2018 | | | | | | | | | | | | |
| 2017 | | | | | | | | | | | | |

✔ Current      ✘ Late      ● Unknown

Last payment

Nov. 01, 2017

Current Payment Status

Current

Amount past due

$0

Worst Payment Status

Current

## Account Details

Account status

Paid and Closed

Type

Credit Card

Responsibility

Individual Account.

Remarks

Account closed at consumers request

Times 30/60/90 days late

0/0/0

Closed

Oct. 01, 2018


For You


Credit


Cards


Loans


Money

PO BOX 6497
SIOUX FALLS, SD 57117

**COMENITYBANK/VICTORI**
Reported: Jun. 06, 2020

$0.00
**Closed**

**Overview**

You're currently using **0%** of your account's limit.

Balance
$0

Credit limit
$350

Monthly payment

No Info

Opened

Jun. 24, 2015 (9 yrs, 5 mos)

**Payment History**

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ● | ● | ● | ● | ● | | | | | | | |
| 2019 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2018 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✔ Current    ✗ Late    ● Unknown

For You    Credit    Cards    Loans    Money

| | |
|---|---|
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Account closed by credit grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 01, 2020 |

### Creditor Information

COMENITYBANK/VICTORI
PO BOX 182789
COLUMBUS, OH 43218-2789

(855) 796-9632

**TD BANK USA/TARGET C**                         **$0.00**
Reported: Jul. 09, 2017                            **Closed**

### Overview

You're currently using **0%** of your account's limit

For You     Credit     Cards     Loans     Money

Monthly payment

No Info

Opened

Dec. 10, 2015 (8 yrs, 11 mos)

For You

Credit

Cards



Loans



Money

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |   |   |   |   |   |   |
| 2016 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2015 |   |   |   |   |   |   |   |   |   |   |   | ◉ |

✓ Current    ✗ Late    ◉ Unknown

| | |
|---|---|
| Last payment | May 01, 2016 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Jul. 01, 2017 |

## Creditor Information

TD BANK USA/TARGET C

 For You
 Credit
 Cards
 Loans
 Money

**REAL ESTATE LOANS**

**ACCEPTANCE NOW**
Reported: May 31, 2016

$0.00
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

Balance
$0

Highest Balance
$5867

Monthly payment

No Info

Opened

Nov. 05, 2015 (9 yrs)

Term

36 months

### Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | ◉ | ◉ | ◉ | ◉ | | | | | | | | |
| 2015 | | | | | | | | | | | ◉ | ◉ |

✓ Current     ✗ Late     ◉ Unknown

Last payment

May 01, 2016

Current Payment Status

Current

---

For You     Credit     Cards     Loans     Money

Account status

Type

Responsibility

Remarks

Times 30/60/90 days late

Closed

Paid and Closed

Rental Agreement

Individual Account.

No Info

0/0/0

May 01, 2016

**Creditor Information**

ACCEPTANCE NOW
5501 HEADQUARTERS DRIVE
PLANO, TX 75024

(800) 275-2696

## HOMEBRIDGE FINANCIAL
Reported: Jul. 03, 2024

$0.00
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

Balance
$0

Highest Balance
$427121


For You


Credit

Cards


Loans


Money

Opened

Mar. 30, 2018 (6 yrs, 8 mos)

Term

30 months


For You


Credit


Cards


Loans


Money

## Payment History

You've made **99%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | | | | | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✔ Current    ✘ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2018 |
| Current Payment Status | 30-59 Days Late |
| Worst Payment Status | 30-59 Days Late |

## Account Details

| | |
|---|---|
| Account status | TransferSoldPaid |
| Type | FHA Real Estate Mortgage |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| Times 30/60/90 days late | 1/0/0 |
| Closed | Feb. 01, 2019 |


For You


Credit


Cards


Loans


Money

(678) 385-7615

## HOMEBRIDGE FINANCIAL
Reported: Jul. 03, 2024

$0.00
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

Balance
$0

Highest Balance
$427121

Monthly payment

No Info

Opened

Mar. 30, 2018 (6 yrs, 8 mos)

Term

30 months

### Payment History

You've made **99%** of payments for this account on time.

|       | J | F | M | A | M | J | J | A | S | O | N | D |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024  | ● | ● | ● | ● | ● | ● |   |   |   |   |   |   |
| 2023  | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022  | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021  | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✓ Current     ✗ Late     ● Unknown

For You     Credit     Cards     Loans     Money

Worst Payment Status                                    120+ Days Late

## Account Details

Account status                                          TransferSoldPaid

Type                                                    FHA Real Estate Mortgage

Responsibility                                          Joint Account

Remarks                                                 Fixed rate
                                                        180 Days past due

Times 30/60/90 days late                                1/0/0

Closed                                                  Apr. 01, 2021

## Creditor Information

HOMEBRIDGE FINANCIAL
425 PHILLIPS BLVD
EWING, NJ 08618

(609) 883-3900

## FREEDOM MORTGAGE
Reported: Apr. 27, 2024                                 $0.00
                                                        Closed

## Overview

You have **0%** left to pay on this real estate loan.


For You


Credit


Cards


Loans

Money

Monthly payment

No Info

Opened

Mar. 30, 2018 (6 yrs, 8 mos)

Term

30 months

**Payment History**

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● | ● | ● | | | | | | | | | |
| 2023 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

⌄

✓ Current     ✗ Late     ● Unknown

Last payment

Aug. 01, 2022

Current Payment Status

In Collections

Worst Payment Status

In Collections


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | FHA Real Estate Mortgage |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| | Account paid after foreclosure started |
| | Collection account |
| Times 30/60/90 days late | 0/0/14 |
| Closed | Aug. 01, 2022 |

**Creditor Information**

FREEDOM MORTGAGE
11988 EXIT 5 PKWY BLDG #4
FISHERS, IN 46037

(855) 690-5900

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**SYNCB/BGCA**
Inquiry: Dec. 28, 2022

Music & Records
(915) 952-2300

 For You

 Credit

 Cards

 Loans

Money

BURLINGAME, CA
94010
(915) 952-2300

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

### NATIONAL RECOVERY
Reported: Aug. 05, 2024

$464.00
**Needs Attention**

#### Overview

You have **100%** left to pay on this collection.

Balance
$464

Highest Balance
$464

Opened

Jan. 01, 2024 (10 mos)

Account status

Open

Type

Unpaid

Responsibility

Individual Account.

Remarks

No Info

Original Creditor Name

NATIONAL GRID NY

Closed

No Info


For You


Credit

Cards


Loans


Money

4201 CRUMS MILL RD
HARRISBURG, PA 17112

(717) 540-5605

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Aug. 06, 2024, you have no public records on your report.*

## Suggested for your credit

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

**Suggested cards**

## Capital One Platinum Credit Card



★★★★☆
503 Reviews

 Your chance of approval is **excellent**

ⓘ

**REGULAR PURCHASE APR**

**ANNUAL FEE**

29.99% (Variable)

$0


For You


Credit


Cards


Loans


Money

For You Credit Cards Loans Money

View report from

Nov 27, 2024 ⌄

## NATASHA BERAN

**531**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information



For You



Credit



Cards



Loans



Money

NATASHA BERAN

NATSHA BERAN SANDY

NATASHA BERAN SANDY

SANDY NATASHA BERAN

**EMPLOYMENT INFO**

*You have no employment information on your credit report.*

**ADDRESSES REPORTED**

14602 116TH AVE 1
JAMAICA, NY
11436

151 BEACH 96TH ST APT 3D
ROCKAWAY BEACH, NY
11693

9402 VANDERVEER ST
QUEENS VILLAGE, NY
11428

14711 130TH AVE
JAMAICA, NY
11436

120 BEACH 26TH ST APT 806
FAR ROCKAWAY, NY
11691

Show more
∨

# Accounts

Here's every account on your Equifax report. Click on the account name for more details.


For You

Credit


Cards


Loans


Money

## Overview

You're currently using **97%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $2809 | $2900 |
| Monthly payment | No Info |
| Opened | Nov. 18, 2015 (9 yrs) |

## Payment History

You've made **14%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | | |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✓ Current     ✕ Late     ⦿ Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2018 |
| Current Payment Status | Charge-off |
| Amount past due | $2809 |
| Worst Payment Status | Charge-off |

For You     Credit     Cards      Loans      Money

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/68 |
| Closed | Mar. 01, 2019 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

TD BANK
PO BOX 1448
GREENVILLE, SC 29602-1448

(800) 462-3666

**WELLS FARGO CARD SER**
Reported: Nov. 18, 2024                                      $3,258.00
                                                                      **Closed**

 For You      Credit     Cards      Loans      Money

$0200                                                    $2000

Monthly payment                                         No Info

Opened                                            Nov. 13, 2015 (9 yrs)

## Payment History

You've made **53%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |   |   |
| 2023 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2021 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

˅

✔ Current      ✖ Late      ◉ Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2018 |
| Current Payment Status | Charge-off |
| Amount past due | $3258 |
| Worst Payment Status | Charge-off |


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes after resolution |
| | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 2/0/36 |
| Closed | Jan. 01, 2019 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

WELLS FARGO CARD SER
PO BOX 14517
DES MOINES, IA 50306

(866) 762-4359

**BESTBUY/CBNA**
Reported: Dec. 23, 2019

$0.00
Closed

For You

Credit

Cards

Loans

Money

| Balance | | Credit limit |
|---|---|---|
| $0 | | $500 |

| Monthly payment | No Info |
|---|---|

| Opened | Aug. 29, 2017 (7 yrs, 3 mos) |
|---|---|

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | |
| 2018 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2017 | | | | | | | | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current    ✕ Late    ◎ Unknown

| Last payment | Nov. 01, 2017 |
|---|---|
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

For You    Credit    Cards    Loans    Money

🔔

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account |
| Remarks | Account closed at consumers request |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Oct. 01, 2018 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

BESTBUY/CBNA
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108

(800) 950-5114

## COMENITYBANK/VICTORI

Reported: Jun. 06, 2020

**$0.00**
**Closed**

## Overview


For You


Credit


Cards


Loans


Money

Monthly payment                                                    No Info

Opened                                           Jun. 24, 2015 (9 yrs, 5 mos)

**Payment History**

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ◎ | ◎ | ◎ | ◎ | ◎ |   |   |   |   |   |   |   |
| 2019 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2018 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |
| 2017 | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ | ◎ |

✔ Current     ✗ Late     ◎ Unknown

Last payment                                            Oct. 01, 2017

Current Payment Status                                       Current

Amount past due                                                  $0

Worst Payment Status                                         Current


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Account closed by credit grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 01, 2020 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

COMENITYBANK/VICTORI
PO BOX 182789
COLUMBUS, OH 43218-2789

(855) 796-9632

**TD BANK USA/TARGET C**
Reported: Jul. 09, 2017

$0.00
Closed

**Overview**

 For You

 Credit

 Cards

 Loans

 Money

Monthly payment                                              No Info

Opened                                    Dec. 10, 2015 (8 yrs, 11 mos)







## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ◎ | ◎ | ◎ | ◎ | ◎ | | ◎ |
| 2015 | | | | | | | | | | | | ◎ |

✓ Current    ✗ Late    ◎ Unknown

| | |
|---|---|
| Last payment | May 01, 2016 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Jul. 01, 2017 |

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.


For You


Credit


Cards


Loans


Money

PO Box 673
Minneapolis, MN 55440-0673

(800) 424-6888

REAL ESTATE LOANS

## HOMEBRIDGE FINANCIAL

Reported: Nov. 18, 2024

$0.00
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $427121 |
| Monthly payment | No Info |
| Opened | Mar. 30, 2018 (6 yrs, 8 mos) |
| Term | 30 months |

### Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

For You    Credit    Cards    Loans    Money

✔ Current        ✘ Late        ◎ Unknown

Last payment                                             Dec. 01, 2018

Current Payment Status                          30-59 Days Late

Worst Payment Status                             30-59 Days Late

## Account Details

Account status                                           Transferred

Type                                     FHA Real Estate Mortgage

Responsibility                                        Joint Account

Remarks                   Consumer disputes this account information

Times 30/60/90 days late                                    0/0/0

Closed                                                   Feb. 01, 2019

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX


For You


Credit


Cards


Loans


Money

112 Townpark Dr NW Ste 300
Kennesaw, GA 30144-3754

(678) 385-7615

## FREEDOM MORTGAGE
Reported: Nov. 18, 2024

$0.00
**Closed**

### Overview

You have **0%** left to pay on this real estate loan.

Balance
$0

Highest Balance
$427121

Monthly payment

No Info

Opened

Mar. 30, 2018 (6 yrs, 8 mos)

Term

30 months

### Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |   |   |
| 2023 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |


For You

Credit

Cards

Loans

Money

Current Payment Status | 120+ Days Late
Worst Payment Status | 120+ Days Late

## Account Details

Account status | Closed

Type | FHA Real Estate Mortgage

Responsibility | Joint Account

Remarks | Consumer disputes this account information
Account paid after foreclosure started
180 Days past due

Times 30/60/90 days late | 0/0/14

Closed | Aug. 01, 2022

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

FREEDOM MORTGAGE
11988 EXIT 5 PKWY BLDG #4
FISHERS, IN 46037

(855) 690-5900


For You


Credit


Cards


Loans


Money

**Overview**

You have **0%** left to pay on this real estate loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $427121 |
| Monthly payment | No Info |
| Opened | Mar. 30, 2018 (6 yrs, 8 mos) |
| Term | 30 months |

**Payment History**

You've made **95%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | | |
| 2023 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✔ Current    ✘ Late    ● Unknown

| | |
|---|---|
| Last payment | Sep. 01, 2019 |
| Current Payment Status | 120+ Days Late |
| Worst Payment Status | 120+ Days Late |

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

| | |
|---|---|
| Account status | Transferred |
| Type | FHA Real Estate Mortgage |
| Responsibility | Joint Account |
| Remarks | Consumer disputes this account information |
| | Fixed rate |
| Times 30/60/90 days late | 1/2/1 |
| Closed | Apr. 01, 2021 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

CENLAR / HOMEBRIDGE
INC./CENLAR 425 PHILLIPS BLVD
EWING, NJ 08618-1430

(609) 883-3900

**ACCEPTANCE NOW**                    $0.00
Reported: May 31, 2016                Closed

For You          Credit          Cards          Loans          Money

$0                                                    $5867

Monthly payment                                       No Info

Opened                                   Nov. 05, 2015 (9 yrs)

Term                                               36 months


For You


Credit

Cards


Loans


Money

## Payment History

You've made **100%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | ◎ | ◎ | ◎ | ◎ | | | | | | | | |
| 2015 | | | | | | | | | | | ◎ | ◎ |

✔ Current    ✖ Late    ◎ Unknown

| | |
|---|---|
| Last payment | May 01, 2016 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Rental Agreement |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 01, 2016 |

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

For You    Credit    Cards    Loans    Money

5501 Headquarters Dr
Plano, TX 75024-5845

(800) 275-2696

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**SYNCB/BGCA**                                                     **Music & Records**
Inquiry: Dec. 28, 2022                                              **(915) 952-2300**

**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

SYNCB/BGCA
1350 OLD BAYSHORE HIGHWAY,
BURLINGAME, CA
94010
(915) 952-2300

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**NATIONAL RECOVERY**                                               **$464.00**
Reported: Nov. 02, 2024                                             **Needs Attention**

| For You | Credit | Cards | Loans | Money |
|---------|--------|-------|-------|-------|

**Overview**

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $464 | $464 |
| Opened | Jan. 01, 2024 (10 mos) |
| Account status | Open |
| Type | Unpaid |
| Responsibility | Individual Account |
| Remarks | Consumer disputes this account information |
| Original Creditor Name | NATIONAL GRID NY |
| Closed | No Info |









For You    Credit    Cards    Loans    Money

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

NATIONAL RECOVERY
4201 CRUMS MILL RD
HARRISBURG, PA 17112

(717) 540-5605

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Nov. 27, 2024, you have no public records on your report.*

## Suggested for your credit

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

## Suggested cards

## Capital One Platinum Credit Card



★★★★½
503 Reviews






| For You | Credit | Cards | Loans | Money |

| REGULAR PURCHASE APR | ANNUAL FEE |
|---|---|
| 29.99% (Variable) | $0 |

Continue

See details, rates, and fees

 For You

 Credit

 Cards

 Loans

Money